# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
A white 2013 Chrysler 200, bearing Arkansas license plate ) Case No. M-24-551    -STE
548 TYG, with VIN 1C3CCBBB3DN574099, located at FBI )
Oklahoma City, 3301 W. Memorial Road, Oklahoma City, )
OK 73134. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Western_____ District of _____Oklahoma_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a)(b) | Armed Bank Robbery |

The application is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Kalli Wakefield, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Jul 10, 2024**

**Lawton, OK**

City and state: ~~[redacted]~~

*Judge's signature*

SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# APPLICATION FOR SEARCH WARRANT

I, Special Agent Kalli Wakefield, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and have been so employed since September, 2022. I am currently assigned to the Violent Crime Squad of Oklahoma City Division of the FBI, and have been assigned to that squad for approximately three (3) months. As a Special Agent with the FBI, I am a law enforcement officer of the United States as defined by 18 U.S.C. § 2510(7), meaning that I am empowered by law to conduct investigations of and to make arrests for violations of Federal law, including violations of the Major Crimes Act (MCA). During my time as a Special Agent, I have participated in numerous criminal investigations as the primary investigator or in a backup capacity.

2. Further, I am a federal law enforcement officer who is engaged in enforcing the criminal laws of the United States, including 18 U.S.C. § 2113 (a) & (d) (Armed Bank Robbery). I am authorized to investigate violations of the laws of the United States, and to execute warrants issued under the authority of the United States.

3. This Affidavit is submitted in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant of the property specifically described in Attachment A for the items specified in Attachment B hereto. Based on the information set forth herein, I have probable cause to believe that contraband and evidence of a crime, fruits of a crime, and instrumentalities of violations of Title 18, United States

1

Code, Section 2113(a) & (d) are located in or on: a white 2013 Chrysler 200, bearing Arkansas license plate 548 TYG, with VIN 1C3CCBBB3DN574099 (the "TARGET VEHICLE"), which is registered to Carolyn Jordan, address 1208 Fianna Place Court, Fort Smith, Arkansas. I submit this application and Affidavit in support of a search warrant authorizing a search of the TARGET VEHICLE, as further described in Attachments A and B, which is currently located in the Western District of Oklahoma at the FBI Oklahoma City Field Office.

4. Located within the TARGET VEHICLE to be searched, I seek to seize evidence, fruits, and instrumentalities of the foregoing criminal violations as further described in Attachment B hereto. I request authority to search the interior and exterior of the TARGET VEHICLE, where the items specified in Attachment B may be found, and to seize all items listed in Attachment B as contraband and instrumentalities, fruits, and evidence of the crime alleged below.

5. The statements contained in this affidavit are based in part on: information provided by other agencies, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a Special Agent with the FBI. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested search warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish that evidence of a crime in violation of 18 U.S.C. § 2113 (a) & (d) (Armed Bank Robbery), is presently located in or on the TARGET VEHICLE.

## BANK ROBBERY INVESTIGATION

6.      On July 5, 2024, an unknown male subject entered the FNB Bank located within Harps Grocery Store at 20941 SE 29th Street, Harrah, Oklahoma at approximately 1531 hours.[1] The subject attempted to open the door to the bank manager's office. The door was locked so the subject walked to the counter where the tellers sat. The subject brandished a semi-automatic pistol, which appeared to be a black Glock pistol with a silver slide, and told the tellers to put the money in the bag. The subject handed one of the tellers a white plastic bag with his left hand and held the pistol in his right hand. The subject kept telling the tellers not to press any buttons while pointing the gun at the tellers. The tellers put as much money into the bag as they could. Money from two (2) drawers was put in the bag. The subject collected the bag and departed the store with approximately $12,123 in U.S. currency. The subject wore a black mask, only exposing his eyes, during the robbery and was not wearing gloves. The subject was then seen departing in a white Hyundai Elantra bearing an Oklahoma license plate KVE 869.

7.      The license plate for the Elangtra indicated the vehicle was registered to a residence located at 17190 Becker Road, Newalla, Oklahoma. Shortly after the robbery, the Elantra was found parked behind the house located at 17190 Becker Road, Newalla, Oklahoma by deputies with the Cleveland County Sheriff Department (CCSD).

---

[1]    This FNB bank is located in the Western District of Oklahoma and its deposits were insured by the Federal Deposit Insurance Corporation (FDIC) on July 5, 2024.

8. When deputies with the CCSD at 17190 Becker Road, Newalla, Oklahoma, a woman was seen on the property. This woman, later identified as Jennifer Campbell, was standing near the TARGET VEHCILE which was parked in front of the residence.

9. A white GMC vehicle arrived at the property at approximately 1823 hours. The male in the GMC was identified as Byron Kirk Gray. His physical descriptors matched the descriptors provided for the bank robbery suspect. These descriptors were an African American male approximately six (6) feet tall.

10. When securing a perimeter around the house, a law enforcement officer saw a semi-automatic pistol, which appeared to be a black Glock pistol with a silver slide, was seen on the driver's seat of the TARGET VEHICLE in plain sight. This semi-automatic pistol appeared to be the same type of weapon used in the bank robbery, at least in part based on the unique silver slide.

11. Based on my training and experience, I know that bank robbers and other criminals often leave evidence of the crime in the vehicles they use in their crimes such as receipts, fingerprints, clothing, and DNA. As the vehicle has been at the FBI Oklahoma City Field Office since its discovery at 17190 Becker Road, Newalla, Oklahoma, I believe that the aforementioned types of evidence are still contained within the TARGET VEHICLE.

## CONCLUSION

12. Based on the foregoing, there is probable cause to believe that armed bank robbery in violation of 18 U.S.C. § 2113(a) & (d) had been committed and that contraband, property, evidence, fruits and instrumentalities of this offense, as more fully described in

Attachment B of this Affidavit, are located at the TARGET VEHICLE, described in Attachment A. I respectfully request that this Court issue a search warrant for the TARGET VEHICLE, authorizing the search and the seizure of the items described in Attachment B.

_____
Kalli Wakefield, Special Agent
Federal Bureau of Investigation

Sworn to me this 10th day of July, 2024

_____
SHON T. ERWIN
United States Magistrate Judge

5

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

A White 2013 Chrysler 200 bearing Arkansas tag 548TYG, VIN 1C3CCBBB3DN574099.





**ATTACHMENT B**

**ITEMS TO BE SEIZED**

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use, or which is or has been used as the means of committing a criminal offense, namely violations of 18 U.S.C. § 2113(a)&(d), including but not limited to:

1) Any type of firearm;

2) Ammunition, to include ammunition components;

3) DNA evidence, to be obtained through swabs or other appropriate means;

4) Currency Bank Bands;

5) Clothing;

6) Receipts, notes, and other related documents;

7) Vehicle location and travel data, as stored within the vehicle's black box; and

8) Fingerprints.